■ CHARLES PRICE, Respondent, v. ROLLIN GIFFIN, JR., Defendant, and GLENS FALLS INSURANCE COMPANY, Appellant.— STALEY, JR., J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.